COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    William Henderson v. The State of Texas

Appellate case number:    01-11-00402-CR

Trial court case number:    1277559

Trial court:    208th District Court of Harris County

A supplemental clerk's record complying with our Order of Abatement has been filed with the Clerk of this Court. Therefore, we order the appeal **reinstated**.

Appellant's brief is ordered to be filed within 30 days of the date of this order. *See* Tex. R. App. P. 38.6(a). Appellee's brief is ordered to be filed within 30 days of the date appellant's brief is filed. *See* Tex. R. App. P. 38.6(b). Due to the previous delays in this appeal, the Court will not grant motions to extend the deadlines in this case absent extraordinary circumstances. *See* Tex. R. App. P. 38.6(d).

It is so ORDERED.

Judge's signature:/s/ <u>Justice Rebeca Huddle</u>
        ☑ Acting individually    ☐ Acting for the Court

Date: July 12, 2012